1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MICHELLE LO (NYRN 4325163)
3  Chief, Civil Division

4  DOUGLAS JOHNS (CABN 314798)
   Assistant United States Attorney
5
           150 Almaden Boulevard, Suite 900
6          San Jose, California 95113
           Telephone: (415) 846-8947
7          FAX: (408) 535-5081
           Douglas.Johns@usdoj.gov
8
   Attorneys for Respondents
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14 ADRIAN CABRERA ESPINOZA,                    CASE NO. 5:23-CV-05872-PCP

        Petitioner-Plaintiff,
15
                                               **STIPULATED JOINT REQUEST TO RESET
     v.                                        BRIEFING SCHEDULE ON MOTION FOR
16                                             PRELIMINARY INJUNCTION AND
                                               SPECIALLY SET A HEARING ON THE
17 MOISES BECERRA, in his official capacity,   MOTION FOR PRELIMINARY INJUNCTION;
   Director for the San Francisco ICE Field Office;  [PROPOSED] ORDER**
   ALEJANDRO MAYORKAS, in his official
18 capacity, Secretary of the Department of
   Homeland Security; PATRICK J.
19 LECHLEITNER, in his official capacity, Acting    Honorable P. Casey Pitts
   Director for U.S. Immigration and Customs       United States District Judge
20 Enforcement; and MERRICK GARLAND, in
   his official capacity, Attorney General of the
21 United States,

22      Respondents-Defendants.

23

24      Petitioner and Respondents by and through their undersigned counsel, hereby stipulate as

25 follows:

26      1.     Petitioner filed a petition for writ of habeas corpus on November 14, 2023. Dkt. No. 1.

27      2.     Petitioner filed a motion for a preliminary injunction on November 14, 2023. Dkt. No. 3.

28

**Stipulated Joint Request to Reset Briefing Schedule on Motion for Preliminary Injunction and
Specially Set a Hearing on the Motion for Preliminary Injunction**; 5:23-CV-05872-PCP

1

3.     Respondents must currently respond to Petitioner's motion by November 28, 2023. Dkt. No. 3.

4.     Petitioner's motion is currently set to be heard on December 19, 2023. Dkt. No. 3.

5.     Counsel for Petitioner and Respondents conferred about a briefing schedule for Petitioner's motion given their availability and Thanksgiving, a federal holiday. The parties agreed to modify the briefing schedule.

6.     Based on that agreement, Respondents will file their response to Petitioner's motion by December 5, 2023.

7.     Based on that agreement, Petitioner will file any reply by December 12, 2023.

8.     The parties respectfully request that Petitioner's Motion for a Preliminary Injunction be heard on a date specially set by the Court including, but not limited to, on December 19, 2023, December 20, 2023, December 21, 2023, December 22, 2023, or as soon as practicable, with a preference for December 22, 2023 and based on the Court's availability.

9.     There have not been any other time modifications in the case, whether by stipulation or Court order.

10.    Pursuant to Civil L.R. 6-1(b) and Civil L.R. 6-2(a), Petitioner and Respondents respectfully request that the Court approve the briefing schedule and specially set Petitioner's Motion for a Preliminary Injunction to be heard on December 19, 2023, December 20, 2023, December 21, 2023, December 22, 2023, or as soon as practicable, with a preference for December 22, 2023.

SO STIPULATED.

|  |  |
|---|---|
|  | ISMAIL J. RAMSEY<br>United States Attorney |
| Dated: November 17, 2023    By: | */s/ Douglas Johns*<br>DOUGLAS JOHNS<br>Assistant United States Attorney<br>Attorney for Respondents |
| Dated: November 17, 2023 | LAKIN & WILLE LLP |
|                                   By: | */s/ Judah Lakin*<br>JUDAH LAKIN<br>Attorneys for Petitioner |

**Stipulated Joint Request to Reset Briefing Schedule on Motion for Preliminary Injunction and Specially Set a Hearing on the Motion for Preliminary Injunction**; 5:23-CV-05872-PCP

2

**ATTESTATION**

In compliance with Civil L.R. 5-1(i)(3), I, Douglas Johns, attest that I have obtained concurrence in the filing of this document from each of the other signatories.

Dated: November 17, 2023        By:    */s/ Douglas Johns*
                                       DOUGLAS JOHNS

**Stipulated Joint Request to Reset Briefing Schedule on Motion for Preliminary Injunction and Specially Set a Hearing on the Motion for Preliminary Injunction**; 5:23-CV-05872-PCP

3

1 **[PROPOSED] ORDER**

2     Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3     1.   Respondents must file their response to Petitioner's motion for a preliminary injunction by December 5, 2023.

5     2.   Petitioner must file any reply by December 12, 2023.

6     3.   A hearing on Petitioner's motion for a preliminary injunction shall be specially set on ~~December 22, 2023, if the Court is unavailable, or on December 19, 2023, December 20, 2023, December 21, 2023, or as soon as practicable~~ . **Wednesday, December 20, 2023 at 1:00pm.**

13     IT IS SO ORDERED.

16 Dated: November 20, 2023

   _____
   THE HONORABLE P. CASEY PITTS
   United States District Judge

**Stipulated Joint Request to Reset Briefing Schedule on Motion for Preliminary Injunction and Specially Set a Hearing on the Motion for Preliminary Injunction**; 5:23-CV-05872-PCP

4